## MITCHELL v. STATE. (No. 11492.)

Court of Criminal Appeals of Texas. Nov. 30, 1927.

Criminal law ⬮1131(5)—Defendant's escape pending appeal and failure to return within 10 days held to require dismissal of appeal (Code Cr. Proc. 1925, art. 824).

Court *held* without jurisdiction to consider appeal under Code Cr. Proc. 1925, art. 824, where defendant escaped from jail in which he was confined pending appeal and failed to return within 10 days.

Appeal from Criminal District Court, Dallas County; Grover Adams, Judge.

Henry Mitchell was convicted of burglary, and he appeals. Appeal dismissed.

Marvin P. McCoy, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of 10 years.

It is made known to this court by the affidavit of the sheriff of Dallas county that on the night of November 14, 1927, appellant escaped from jail where he was confined pending his appeal, and has not returned

---

⬮For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

within 10 days. Under these circumstances, this court is without jurisdiction to consider the appeal (article 824, C. C. P. 1925), and it is therefore dismissed.